### Ivory MILLS, Appellant,

v.

### STATE of Missouri, Respondent.

### No. ED 99626.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 24, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 2014.

Application for Transfer Denied April 29, 2014.

Gwenda Renee Robinson, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before: LISA VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, Jr., J.

### ORDER

PER CURIAM.

Ivory Mills (Movant) appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 24.035 (2013) without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2013).